## CHAMPION *v.* SMITH.  CARTIN *v.* SUSONG.

*Atkinson, J.*—These cases are controlled by the decision of this court in the case of *Cooley* v. *Tybee Beach Co.,* rendered at the present term.                    *Judgment in both cases affirmed.*

August 10, 1896.

Motion to set aside judgment.   Before Judge Mac-Donell.   City court of Savannah.   November term, 1895.

*A. C. Wright, A. L. Alexander* and *W. E. Morrison,* for plaintiffs.  *Nicolson & McKethan* and *Garrard, Meldrim & Newman,* for defendants.